[No. 17773.  Department One.  August 21, 1923.]

ALTA JAMES, *Respondent*, v. WILLIAM E. NEWELL *et al.,*
*Appellants.*[1]

APPEAL (412)—REVIEW—VERDICTS—WHEN SET ASIDE.  A verdict
for damages for the burning of a house should be set aside as
founded on prejudice, where it was greatly in excess of the value
and unsupported by any testimony establishing liability on the part
of the defendants.

Appeal from a judgment of the superior court for
Spokane county, Webster, J., entered September 6,
1922, upon the verdict of a jury rendered in favor of
the plaintiff, in an action in tort.  Reversed.

*O. G. Follevaag* and *Danson, Williams & Danson,* for
appellants.

*Harry L. Cohn* and *Jno. L. Dirks,* for respondent.

PER CURIAM.—The respondent in her complaint, filed
three years after the event, charges the appellants with
having burnt her house.  The statement of facts dis-
closes nothing rising to the dignity of testimony tend-
ing to establish liability on the part of the appellants.
The jury's verdict (for an amount greatly in excess of
any reasonable valuation of the destroyed property)
can only be accounted for on the basis of prejudice.
The judgment should have been granted to the appel-
lants, and it is now so ordered.

[1]Reported in 217 Pac. 711.